UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN G. WILKINS, | No. C 11-5626 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| GREGORY J. AHERN, Sheriff, | |
| Respondent. | |

This action is dismissed because the petitioner is not in custody on the conviction and sentence he seeks to challenge.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 8, 2012

_____
SUSAN ILLSTON
United States District Judge