UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN G. WILKINS, | No. C 11-5626 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| GREGORY J. AHERN, Sheriff, | |
| Respondent. | |

Petitioner's "resubmission for reconsideration" is DENIED. (Docket # 20.) For the fourth and final time, the court concludes that this action challenges petitioner's 1999 conviction and sentence, and is barred by *Lackawanna County Dist. Attorney v. Coss*, 532 U.S. 394, 403-04 (2001). No further motions may be filed in this case.

No certificate of appealability will issue because an appeal from this order would be frivolous.

IT IS SO ORDERED.

DATED: June 13, 2013

SUSAN ILLSTON
United States District Judge